# Court of Appeals
# of the State of Georgia

ATLANTA,  June 07, 2022

*The Court of Appeals hereby passes the following order:*

**A22A1397.  CARLOS A. RAMIREZ v. THE STATE.**

This appeal was docketed in this Court on May 4, 2022. Appellant's brief was thereafter due to be filed on or before May 24, 2022. *See* CT. OF APP. R. 23 (a) ("Appellant's brief shall be filed within 20 days after the appeal is docketed."). Each notice of docketing informs an appellant "that failure to file the enumeration of errors and appellant's brief within the time required may result in the dismissal of the appeal and/or appropriate sanctions." CT. OF APP. R. 13; *see* CT. OF APP. R. 23 (a) ("Failure to file within [20 days of docketing], unless extended upon motion for good cause shown, may result in the dismissal of the appeal, and may subject the offending party and/or counsel to sanctions, including contempt."). Because appellant has neither timely filed its initial brief nor timely requested an extension of time in which to do so, this appeal is hereby ***DISMISSED***.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  06/07/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*